JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 4 2008

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAR - 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDGE KEENAN

08 CV 02220

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Tabitha Thomas, et al. v. Merck & Co., Inc., | ) |
| E.D. California, C.A. No. 2:08-71 | )    MDL No. 1789 |
| Girlene C. Wilson v. Merck & Co., Inc., | ) |
| N.D. Mississippi, C.A. No. 1:08-21 | ) |

### CONDITIONAL TRANSFER ORDER (CTO-49)

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 115 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION                                MDL No. 1789

## INVOLVED COUNSEL LIST (CTO-49)

Clifford Lee Carter
CLAYEO C ARNOLD PLC
608 University Avenue
Sacramento, CA 95825

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
Towson, MD 21204

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Christopher M. Posey
WILLIAMSON LAW FIRM
509 A Church Avenue
P.O. Box 588
Philadelphia, MS 39350

Christopher A. Seeger
SEEGER WEISS
One William Street
10th Floor
New York, NY 10004-2502

Terry O. Tottenham
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011